UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA ACETO and JOAN GUARINO on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL PAPER CO; NORSKE SKOGINDUSTRIER ASA; NORSKE SKOG NORTH AMERICA LLC; NORSKE SKOG (USA), INC.; NORSKE SKOG CANADA LIMITED; NORSKE SKOG CANADA (USA), INC.; STORA ENSO OYJ; STORA ENSO NORTH AMERICA CORPORATION; SAPPI LIMITED; S.D. WARREN COMPANY; M-REAL CORPORATION; M-REAL USA CORP; UPM-KYMMENE CORPORATION; UPM-KYMMENE INC.; MYLLYKOSKI CORPORATION; MADISON INTERNATIONAL SALES COMPANY and MEADWESTVACO CORP.<br><br>Defendants. | Civil Action No. _____<br><br>05-11127 GAO |

## NOTICE OF APPEARANCE

Please enter the appearance of Ryan M. DiSantis of the law firm of Ropes & Gray LLP as counsel for Defendant UPM-Kymmene Inc. in the above-captioned matter. I am registered to receive filings electronically.

*Respectfully submitted,*

Ryan M. DiSantis (BBO# 654513)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000
(617) 951-7050 (facsimile)

Dated: May 31, 2005

9737373_1.DOC

## CERTIFICATE OF SERVICE

I, Ryan M. DiSantis, hereby certify that a true copy of the foregoing was served this 31st day of May, 2005, by First Class Mail, postage prepaid, and addressed to:

Robert J. Bonsignore, Esq.
Bonsignore & Brewer
23 Forest Street
Medford, MA 02155
(781) 391-9400
*Counsel for Plaintiffs Barbara Aceto & Joan Guarino*

Daniel Nelson, Esq.
Gibson Dunn and Crutcher LLP
1050 Connecticut Ave., NW
Washington, DC 20036
(202) 955-8500
(202) 467-0539 (facsimile)
*Counsel for Defendant International Paper Co.*

Kenneth W. Ritt, Esq.
Jonathan B. Tropp
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
(203) 977-7300
(203) 977-7301 (facsimile)
*Counsel for Defendant Madison International Sales Company*

Mark G. Cunha, Esq.
Simpson Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-3382
(212) 455-2502 (facsimile)
*Counsel for Defendant M-Real USA Corporation*

M-Real Corporation
P.O.B. 10, FIN-02020
METSA
FINLAND

Joseph A. Ostoyich, Esq.
Howrey Simon Arnold and White, LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004-2402
(202) 383-7241
(202) 383-6610 (facsimile)
*Counsel for Defendant MeadWestvaco Corporation*

Myllykoski Corporation
Etelaesplanadi 20, FIN-00130
Helsinki
FINLAND

Kenneth M. Kramer, Esq.
Shearman and Sterling, LLP
599 Lexington Ave.
New York, NY 10022-6069
(212) 848-4000
(212) 848-7279 (facsimile)
*Counsel for Defendant Norske Skog (USA), Inc.*

Jesse W. Markham, Jr., Esq.
Morrison and Forester LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000
(415) 268-7522 (facsimile)
*Counsel for Defendant Norske Skog Canada (USA) Inc.*

Hugh F. Bangasser, Esq.
Preston, Gates & Ellis, LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(415) 268-7000
(415) 268-7522 (facsimile)
*Counsel for Defendant Norske Skog NA, LLC*

Norske Skogindustrier ASA
Okenoyveien 80
1326 Lysaker
NORWAY

Norske Skog Canada Limited
250 Howe Street, 16th Floor
Vancouver, BC V6C 3R8
CANADA

Sappi Limited
40 Amewshoff Street
Braamfontein
Johannesburg 2001
REPUBLIC OF SOUTH AFRICA

Adam J. Cohen, Esq.
Lee D. Hoffman, Esq.
Katherine A. Scanlon
Diane W. Whitney
Pullman & Comley, LLC
90 State House Square
Hartford, CT  06103-3702
(860) 424-4300
(860) 424-4370 (facsimile)
*Counsel for Defendant Stora Enso North America Corporation*

Stora Enso Oyj, Esq.
Kanavaranta 1
FIN-00160, Helsinki
FINLAND

Erich R. Luschei, Esq.
Jones Day
555 W. Fifth St., Suite 4600
Los Angeles, CA 90013
*Counsel for UPM-Kymmene Corporation &
UPM-Kymmene Inc.*

                                                                                            Ryan M. DiSantis