UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA ACETO and JOAN GUARINO on behalf of themselves and all others similarly situated, ) ) ) ) ) Plaintiffs, ) ) v. ) ) INTERNATIONAL PAPER CO; ) NORSKE SKOGINDUSTRIER ASA; ) NORSKE SKOG NORTH AMERICA ) LLC; NORSKE SKOG (USA), INC.; ) NORSKE SKOG CANADA LIMITED; ) NORSKE SKOG CANADA (USA), INC.; ) STORA ENSO OYJ; STORA ENSO ) NORTH AMERICA CORPORATION; ) SAPPI LIMITED; S.D. WARREN ) COMPANY; M-REAL CORPORATION; ) M-REAL USA CORP; UPM-KYMMENE ) CORPORATION; UPM-KYMMENE ) INC.; MYLLYKOSKI CORPORATION; ) MADISON INTERNATIONAL SALES ) COMPANY and MEADWESTVACO ) CORP. ) ) ) Defendants. ) | Civil Action No. _____  05-11127 GAO |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendant MeadWestvaco Corporation (a private non-governmental party) hereby certifies that it has no parent corporations and no publicly held company owns 10% or more of its stock.

*Respectfully submitted,*

MEADWESTVACO CORPORATION

_____
Jane E. Willis (BBO# 568024)
Ryan M. DiSantis (BBO# 654513)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000
(617) 951-7050 (facsimile)

Dated: May 31, 2005

*Of Counsel*

Alan M. Wiseman
Joseph A. Ostoyich
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402
Phone: (202) 783-0800
Fax: (202) 383-6610
*Counsel for MeadWestvaco Corporation*

## CERTIFICATE OF SERVICE

I, Ryan M. DiSantis, hereby certify that a true copy of the foregoing was served this 31st day of May, 2005, by First Class Mail, postage prepaid, and addressed to:

Robert J. Bonsignore, Esq.
Bonsignore & Brewer
23 Forest Street
Medford, MA 02155
(781) 391-9400
*Counsel for Plaintiffs Barbara Aceto & Joan Guarino*

Daniel Nelson, Esq.
Gibson Dunn and Crutcher LLP
1050 Connecticut Ave., NW
Washington, DC 20036
(202) 955-8500
(202) 467-0539 (facsimile)
*Counsel for Defendant International Paper Co.*

Kenneth W. Ritt, Esq.
Jonathan B. Tropp
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
(203) 977-7300
(203) 977-7301 (facsimile)
*Counsel for Defendant Madison International Sales Company*

Mark G. Cunha, Esq.
Simpson Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-3382
(212) 455-2502 (facsimile)
*Counsel for Defendant M-Real USA Corporation*

M-Real Corporation
P.O.B. 10, FIN-02020
METSA
FINLAND

Joseph A. Ostoyich, Esq.
Howrey Simon Arnold and White, LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004-2402
(202) 383-7241
(202) 383-6610 (facsimile)
*Counsel for Defendant MeadWestvaco Corporation*

Myllykoski Corporation
Etelaesplanadi 20, FIN-00130
Helsinki
FINLAND

Kenneth M. Kramer, Esq.
Shearman and Sterling, LLP
599 Lexington Ave.
New York, NY 10022-6069
(212) 848-4000
(212) 848-7279 (facsimile)
*Counsel for Defendant Norske Skog (USA), Inc.*

Jesse W. Markham, Jr., Esq.
Morrison and Forester LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000
(415) 268-7522 (facsimile)
*Counsel for Defendant Norske Skog Canada (USA) Inc.*

Hugh F. Bangasser, Esq.
Preston, Gates & Ellis, LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(415) 268-7000
(415) 268-7522 (facsimile)
*Counsel for Defendant Norske Skog NA, LLC*

Norske Skogindustrier ASA
Okenoyveien 80
1326 Lysaker
NORWAY

Norske Skog Canada Limited
250 Howe Street, 16th Floor
Vancouver, BC V6C 3R8
CANADA

Sappi Limited
40 Amewshoff Street
Braamfontein
Johannesburg 2001
REPUBLIC OF SOUTH AFRICA

Adam J. Cohen, Esq.
Lee D. Hoffman, Esq.
Katherine A. Scanlon
Diane W. Whitney
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702
(860) 424-4300
(860) 424-4370 (facsimile)
*Counsel for Defendant Stora Enso North America Corporation*

Stora Enso Oyj, Esq.
Kanavaranta 1
FIN-00160, Helsinki
FINLAND

Erich R. Luschei, Esq.
Jones Day
555 W. Fifth St., Suite 4600
Los Angeles, CA 90013
*Counsel for UPM-Kymmene Corporation &
UPM-Kymmene Inc.*

/s/ Ryan M. DiSantis
Ryan M. DiSantis