Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

# MICV2005-00539
## Aceto, On Behalf Of Itself And All Others Similalry Situtate v International Paper Company et al

| | | | | | | |
|---|---|---|---|---|---|---|
| **File Date** | 02/15/2005 | **Status** | Disposed: transfered to other court (dtrans) | | | |
| **Status Date** | 06/20/2005 | **Session** | L - Cv time-stan 1 (Lowell) | | | |
| **Origin** | 1 | **Case Type** | D99 - Misc equitable remedy | | | |
| **Lead Case** | | **Track** | F | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Service** | 09/09/2005 | **Answer** | 07/15/2005 | **Rule12/19/20** | 07/15/2005 |
| **Rule 15** | 07/15/2005 | **Discovery** | 12/12/2005 | **Rule 56** | 01/11/2006 |
| **Final PTC** | 02/10/2006 | **Disposition** | 04/11/2006 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Barbara Aceto, On Behalf Of Itself And All Others
Similalry Situtate
Active 02/15/2005

**Private Counsel 547880**
Robert Bonsignore
23 Forest Street
Medford, MA 02155
Phone: 781-391-9400
Fax: 781-391-9496
Active 02/15/2005 Notify

**Defendant**
International Paper Company
c/o CT Corporation Systems
101 Federal Street
Boston, MA 02110
Served: 05/18/2005
Served (answr pending) 05/18/2005

**Defendant**
Norske Skogindustrier ASA
Oksenoyveien 80
1326 Lysaker
Service pending 02/15/2005

**Defendant**
Norske Skog North America LLC
1011 Western Avenue
Suite 700
Seattle, WA 98104
Served: 05/18/2005
Served (answr pending) 05/18/2005

MAS-20041213
hpule

Case 1:05-cv-11127-GAO   Document 15   Filed 06/21/2005   Page 2 of 6

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

06/20/2005
03:05 PM

### MICV2005-00539
### Aceto, On Behalf Of Itself And All Others Similalry Situtate v International Paper Company et al

**Defendant**
Norske Skog (USA), Inc.
2507 Post Road
Southport, CT 06490
Served: 05/18/2005
Served (answr pending) 05/18/2005

**Defendant**
Norske Skog (USA) Holdings, Inc.
Service pending 02/15/2005

**Defendant**
Norske Skog Canada Limited
Service pending 02/15/2005

**Defendant**
Norske Skog Canada (USA), Inc.
1011 Western Avenue, Suite 700
Seattle, WA 98101
Served: 05/18/2005
Served (answr pending) 05/18/2005

**Defendant**
Stora Enso OYJ
Service pending 02/15/2005

**Defendant**
Stora Enso North America Corporation
231 First Avenue North
Wisconsin Rapids, WI 54495
Served: 05/18/2005
Served (answr pending) 05/18/2005

Case 1:05-cv-11127-GAO   Document 15   Filed 06/21/2005   Page 3 of 6

MAS-20041213
houle

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

06/20/2005
03:05 PM

## MICV2005-00539
### Aceto, On Behalf Of Itself And All Others Similalry Situtate v International Paper Company et al

**Defendant**
Sappi Limited
Service pending 02/15/2005

**Defendant**
S.D. Warren Company
c/o CT Corporation System
101 Federal Street
Boston, MA 02110
Served: 05/18/2005
Served (answr pending) 05/18/2005

**Private Counsel 568024**
Jane E Willis
Ropes & Gray
1 International Place
Boston, MA 02110-2624
Phone: 617-951-7603
Fax: 617-951-7050
Active 06/01/2005 Notify

**Defendant**
Metsalitto Group
Service pending 02/15/2005

**Defendant**
Metsalitto Cooperative
Service pending 02/15/2005

**Defendant**
M-Real Corporation
Service pending 02/15/2005

**Defendant**
M-Real USA Corp.
Service pending 02/15/2005

MAS-20041213　　　　　　　　Case 1:05-cv-11127-GAO　　Document 15　　Filed 06/21/2005　　Page 4 of 6　　06/20/2005
houle　　　　　　　　　　　　　　　　　　Commonwealth of Massachusetts　　　　　　　　　　　　　　　　　　03:05 PM
　　　　　　　　　　　　　　　　　　　　　　MIDDLESEX SUPERIOR COURT
　　　　　　　　　　　　　　　　　　　　　　　　　Case Summary
　　　　　　　　　　　　　　　　　　　　　　　　　Civil Docket

## MICV2005-00539
## Aceto, On Behalf Of Itself And All Others Similalry Situtate v International Paper Company et al

| Defendant | Private Counsel 568024 |
|---|---|
| UPM-Kymmene Corporation | Jane E Willis |
| Service pending 02/15/2005 | Ropes & Gray |
| | 1 International Place |
| | Boston, MA 02110-2624 |
| | Phone: 617-951-7603 |
| | Fax: 617-951-7050 |
| | Active 06/01/2005 Notify |

**Private Counsel 558180**
Erich R Luschei
JONES DAY
555 W. Fifth St. Suite 4600
Los Angeles, CA 90013-1775
Phone: 213-489-3939
Fax:
Active 06/20/2005 Notify

**Defendant**
Myllykoski Corporation
Service pending 02/15/2005

**Defendant**
Madison International Sales Company
Service pending 02/15/2005

**Defendant**　　　　　　　　　　　　　　　**Private Counsel 654513**
Meadwestvaco Corporation　　　　　　　Ryan M. DiSantis
c/o CT Corporation System　　　　　　　Ropes & Gray
101 Federal Street　　　　　　　　　　　One International Place
Boston, MA 02110　　　　　　　　　　　Boston, MA 02110
Served: 05/18/2005　　　　　　　　　　　Phone: 617-951-7000
Served (answr pending) 05/18/2005　　　Fax: 617-951-7050
　　　　　　　　　　　　　　　　　　　　　Withdrawn 06/03/2005

MAS-20041213
houle

Case 1:05-cv-11127-GAO   Document 15   Filed 06/21/2005   Page 5 of 6

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

06/20/2005
03:05 PM

## MICV2005-00539
## Aceto, On Behalf Of Itself And All Others Similalry Situtate v International Paper Company et al

Private Counsel 558901
Matthew A Caffrey
Caffrey & Smith
300 Essex Street
PO Box 1317
Lawrence, MA 01842
Phone: 978-686-6151
Fax: 978-683-8188
Active 06/03/2005 Notify

Private Counsel 568024
Jane E Willis
Ropes & Gray
1 International Place
Boston, MA 02110-2624
Phone: 617-951-7603
Fax: 617-951-7050
Active 06/01/2005 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 02/15/2005 | 1.0 | Complaint & civil action cover sheet filed |
| 02/15/2005 | | Origin 1, Type D99, Track F. |
| 05/09/2005 | 2.0 | Plaintiff Barbara Aceto, On Behalf Of Itself And All Others Similalry Situtate's ex parte Motion to Enlarge Time to Effect Service of Process up to and Including September 9, 2005 |
| 05/09/2005 | 3.0 | Amended complaint of Barbara Aceto, On Behalf Of Itself And All Others Similalry Situtate |
| 05/10/2005 | | MOTION (P#2). Motion ALLOWED. By the Court. (Patrick J. Riley, Justice) Notices mailed May 11, 2005 |
| 05/10/2005 | 4.0 | Plaintiff, Barbara Aceto, On Behalf Of Itself And All Others Similalry Situated's MOTION for appointment of special process server Darlene Mahoney of Melrose, MA |
| 05/10/2005 | | MOTION (P#4). Motion ALLOWED. (Patrick J. Riley, Justice) Notices mailed May 11, 2005 |
| 05/18/2005 | 5.0 | SERVICE RETURNED: S.D. Warren Company(Defendant) in hd. on 05/12/05 |
| 05/18/2005 | | SERVICE RETURNED: International Paper Company(Defendant) in hd. on 05/12/05 |
| 05/18/2005 | | SERVICE RETURNED: Meadwestvaco Corporation (Defendant) in hd. on 05/12/05 |
| 05/18/2005 | 6.0 | Affidavit of compliance with long-arm statute with proof of service on out of state defendant Norske Skog North America LLC by certified mail on 05/12/05 (return receipt attached thereto) |
| 05/18/2005 | | Affidavit of compliance with long-arm statute with proof of service on out of state defendant Norske Skog Canada (USA), Inc. by certified mail on 05/12/05 (return receipt attached thereto) |
| 05/18/2005 | | Affidavit of compliance with long-arm statute with proof of service on out of state defendant Stora Enso North America Corporation by certified mail on 05/12/05 (return receipt attached thereto) |

**Commonwealth of Massachusetts**
**MIDDLESEX SUPERIOR COURT**
Case Summary
Civil Docket

# MICV2005-00539
## Aceto, On Behalf Of Itself And All Others Similalry Situtate v International Paper Company et al

| Date | Paper | Text |
|---|---|---|
| 05/18/2005 | | Affidavit of compliance with long-arm statute with proof of service on out of state defendant Norske Skog (USA), Inc. by certified mail on 05/11/05 (return receipt attached thereto) |
| 06/01/2005 | | Atty Jane E Willis's notice of appearance for Meadwestvaco Corporation |
| 06/01/2005 | 7.0 | Notice for Removal to the United States District Court filed by Meadwestvaco Corporation |
| 06/03/2005 | | Atty Ryan M. DiSantis's withdrawal of appearance filed re: Meadwestvaco Corporation |
| 06/03/2005 | | Atty Matthew A Caffrey's notice of appearance for Meadwestvaco Corporation |
| 06/20/2005 | | Atty Erich R Luschei's notice of appearance for UPM-Kymmene Corporation |
| 06/20/2005 | | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**



MIDDLESEX, ss.   Commonwealth of Massachusetts
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

I hereby certify that the foregoing is a true copy on file
and of record in the office of photographic process, I hereby certify
that the foregoing is a true copy of said document of
this 20th day of June 2005.

Michael M. Brennan

## Commonwealth of Massachusetts
### County of Middlesex
### The Superior Court

I, **Michael Brennan, Assistant Clerk** of the Superior Court of the Commonwealth of Massachusetts within and for said County of Middlesex, do certify that the papers hereto annexed are true pleadings in case No. **MICV2005-00539** entered in the Superior Court on **02/15/2005**.

**IN TESTIMONY WHEREOF,** I hereunto set my hand and affix the seal of said Superior Court, at said Lowell this 20th day of June, in the year of our Lord 2005



Assistant Clerk of the Courts

cvdremlett_1.wpd 2747688 removus houle