## CERTIFICATE OF SERVICE

I, Ryan M. DiSantis, hereby certify that a true copy of the foregoing was served this 21st day of June, 2005, by First Class Mail, postage prepaid, and addressed to:

Robert J. Bonsignore, Esq.
Bonsignore & Brewer
23 Forest Street
Medford, MA 02155
(781) 391-9400
*Counsel for Plaintiffs Barbara Aceto & Joan Guarino*

Daniel Nelson, Esq.
Gibson Dunn and Crutcher LLP
1050 Connecticut Ave., NW
Washington, DC 20036
(202) 955-8500
(202) 467-0539 (facsimile)
*Counsel for Defendant International Paper Co.*

Kenneth W. Ritt, Esq.
Jonathan B. Tropp
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
(203) 977-7300
(203) 977-7301 (facsimile)
*Counsel for Defendant Madison International Sales Company*

Mark G. Cunha, Esq.
Simpson Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-3382
(212) 455-2502 (facsimile)
*Counsel for Defendant M-Real USA Corporation*

M-Real Corporation
P.O.B. 10, FIN-02020
METSA
FINLAND

Myllykoski Corporation
Etelaesplanadi 20, FIN-00130
Helsinki
FINLAND

Kenneth M. Kramer, Esq.
Shearman and Sterling, LLP
599 Lexington Ave.
New York, NY 10022-6069
(212) 848-4000
(212) 848-7279 (facsimile)
*Counsel for Defendant Norske Skog (USA), Inc.*

Jesse W. Markham, Jr., Esq.
Morrison and Forester LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000
(415) 268-7522 (facsimile)
*Counsel for Defendant Norske Skog Canada (USA) Inc.*

Hugh F. Bangasser, Esq.
Preston, Gates & Ellis, LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(415) 268-7000
(415) 268-7522 (facsimile)
*Counsel for Defendant Norske Skog NA, LLC*

Norske Skogindustrier ASA
Okenoyveien 80
1326 Lysaker
NORWAY

Norske Skog Canada Limited
250 Howe Street, 16th Floor
Vancouver, BC V6C 3R8
CANADA

Sappi Limited
40 Amewshoff Street
Braamfontein
Johannesburg 2001
REPUBLIC OF SOUTH AFRICA

Steven W. Kasten, Esq.
McDermott, Will & Emery
28 State Street
Boston, MA 02109
(617) 535-4000
(617) 535-3800 (facsimile)
*Counsel for Defendant Stora Enso North America Corporation*

Adam J. Cohen, Esq.
Lee D. Hoffman, Esq.
Katherine A. Scanlon
Diane W. Whitney
Pullman & Comley, LLC
90 State House Square
Hartford, CT  06103-3702
(860) 424-4300
(860) 424-4370 (facsimile)
*Counsel for Defendant Stora Enso North America Corporation*

Stora Enso Oyj, Esq.
Kanavaranta 1
FIN-00160, Helsinki
FINLAND

Peter McAllen, Esq.
Erich R. Luschei, Esq.
Jones Day
555 W. Fifth St., Suite 4600
Los Angeles, CA 90013
(213) 489-3939
(213) 243-2539 (facsimile)
*Counsel for UPM-Kymmene Corporation &*
*UPM-Kymmene Inc.*

Matthew A. Caffrey, Esq.
Caffrey & Smith, P.C.
300 Essex Street
Lawrence, MA 01840
(508) 686-6151
(978) 683-3399 (facsimile)
*Counsel for Defendant MeadWestvaco Corporation*

Joseph A. Ostoyich, Esq.
Howrey Simon Arnold and White, LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004-2402
(202) 383-7241
(202) 383-6610 (facsimile)
*Counsel for Defendant MeadWestvaco Corporation*

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Ryan M. DiSantis
　　　　　　　　　　　　　　　　　　　　　　　　　　　Ryan M. DiSantis



**ROPES & GRAY LLP**
ONE INTERNATIONAL PLACE   BOSTON, MA 02110-2624   617-951-7000   F 617-951 7050
BOSTON   NEW YORK   PALO ALTO   SAN FRANCISCO   WASHINGTON, DC   www.ropesgray.com

June 21, 2005

Ryan M. DiSantis
(617) 951-7063
Ryan.DiSantis@ropesgray.com

**BY HAND**

Office of the Clerk
United States District Court
1 Courthouse Way
Boston, MA 02210

Re:   Aceto, et al. v. International Paper Co., et al., No. 05-11127-GAO

Dear Sir or Madam:

On May 31, 2005, the Removing Defendants filed their Notice of Removal in the above-referenced action. In accordance with Local Rule 81.1(a), enclosed for filing is a certified copy of the state court docket. I also have enclosed for filing a Certificate of Service.

Please time and date stamp the enclosed copies and return them to the messenger, who has been instructed to wait.

Thank you for your cooperation in this matter.

Very truly yours,

Ryan M. DiSantis

Enclosures

cc:   Robert J. Bonsignore, Esquire
      Bonsignore & Brewer
      23 Forest Street
      Medford, MA 02155

      Mark R. Merley, Esquire
      Julie B. Rottenberg, Esquire
      Jane E. Willis, Esquire