UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA ACETO and JOAN GUARINO on behalf of themselves and all other similarly situated,<br><br>                 Plaintiffs,<br><br>v.<br><br>INTERNATIONAL PAPER CO.; NORSKE SKOGINDUSTRIER ASA; NORSKE SKOG NORTH AMERICA LLC; NORSKE SKOG (USA), INC.; NORSKE SKOG CANADA LIMITED; NORSKE SKOG CANADA (USA), INC.; STORA ENSO OYJ; STORA ENSO NORTH AMERICA CORPORATION; SAPPI LIMITED; S.D. WARREN COMPANY; M-REAL CORPORATION; M-REAL USA CORP.; UPM-KYMMENE CORPORATION; UPM-KYMMENE INC.; MYLLYKOSKI CORPORATION; MADISON INTERNATIONAL SALES COMPANY and MEADWESTVACO CORP.<br>                 Defendants. | Civil Action No. 05-11127-GAO |

## NOTICE OF APPEARANCE

Please enter the appearance of David R. Geiger and Kirk G. Hanson of the law firm of Foley Hoag LLP as counsel for Defendants M-real USA Corporation in the above-captioned matter. We are registered to receive filings electronically.

Respectfully submitted,

*/s/ Kirk G. Hanson*

David R. Geiger, Esq., BBO# 188120
Kirk G. Hanson, Esq., BBO# 655534
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax: (617) 832-7000

Dated: July 8, 2005

## CERTIFICATE OF SERVICE

I, Kirk G. Hanson, hereby certify that on July 8, 2005 I caused a true copy of the foregoing document to be served via first class mail, postage prepaid, upon:

Daniel D'Angelo, Esq.
Bonsignore & Brewer
23 Forest Street
Medford, MA 02115

Jane E. Willis, Esq.
Ryan M. DiSantis, Esq.
Ropes & Gray LLP
One International Place
Boston, MA 02210-2600

Erich R. Luschei, Esq.
Peter McAllen
JONES DAY
555 W. Fifth St., 4600
Los Angeles, CA 90013

Daniel Nelson, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue NW
Washington, DC 20036

Kenneth M. Kramer, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Alan R. Hoffman, Esq.
Dale C. Kevestar, Esq.
Lynch, Brewer, Hoffman
& Fink, LLP
101 Federal Street
Boston, MA 02110-1800

Jesse W. Markham, Jr., Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Melissa J. Nandi, Esq.
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114

Jonathan I. Handler, Esq.
Mark E. Swirbalus, Esq.
Day Berry & Howard LLP
260 Franklin Street
Boston, MA 02110

Vanessa H. Forsythe, Esq.
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2402

Matthew A. Caffrey, Esq.
Caffrey & Smith, P.C.
300 Essex Street
Lawrence, MA 01840

Hugh F. Bangasser
Preston Gates & Ellis LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104

Steven W. Kasten, Esq.
Lauren Pappenhausen, Esq.
McDermott Will & Emery, LLP
28 State Street
Boston, MA 02109

Kirk G. Hanson

- 2 -