

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
JUN 20 2005

2005 JUL 12 P 1:29  JUL 21 P 2:44 FILED
CLERK'S OFFICE

**DOCKET NO. 1631**

U.S. DISTRICT COURT DISTRICT COURT
NEW HAVEN, CT DISTRICT OF MASS

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE PUBLICATION PAPER ANTITRUST LITIGATION*

*Barbara Aceto, et al. v. International Paper Co., et al.,* D. Massachusetts, C.A. No. 1:05-11127

**CONDITIONAL TRANSFER ORDER (CTO-3)**

On November 12, 2004, the Panel transferred six civil actions to the United States District Court for the District of Connecticut for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, seven additional actions have been transferred to the District of Connecticut. With the consent of that court, all such actions have been assigned to the Honorable Stefan R. Underhill.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of Connecticut and assigned to Judge Underhill.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Connecticut for the reasons stated in the order of November 12, 2004, 346 F.Supp.2d 1370 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Stefan R. Underhill.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Connecticut. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL - 6 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

FILED
CLERKS OFFICE
2005 JUL 21 P 2:28
U.S. DISTRICT COURT
DISTRICT OF MASS

July 19, 2005

Sarah Allison Thornton, Clerk
U.S. District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: MDL 1631 - In re: Publication Paper Antitrust Litigation

Dear Ms. Thornton:

Enclosed is a certified copy of Conditional Transfer Order (CTO-3) filed by the Judicial Panel on Multidistrict Litigation. The Panel has determined that it is appropriate to transfer all cases related to this matter to the District of Connecticut, to the docket of the Honorable Stefan R. Underhill, U.S. District Judge.

The following file, along with a certified copy of the docket sheet, should be transferred to my attention at the above address:

**Civil Action 1:05-11127-GAO - Barbara Aceto, et al v. International Paper Co., et al**

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Kevin F. Rowe, Clerk

By _____
Chrystine W. Cody
Deputy-in-Charge

R/cwc
enc.
cc: Judicial Panel on Multidistrict Litigation